# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REAL ALTERNATIVES, INC.; | : | 1:15-cv-0105 |
| KEVIN I. BAGATTA, ESQ.; | : | |
| THOMAS A. LANG, ESQ.; | : | |
| CLIFFORD W. MCKEOWN, ESQ. | : | |
| | : | |
| Plaintiffs, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| SYLVIA M. BURWELL, in her official | : | |
| capacity as Secretary of the Department | : | |
| of Health and Human Services, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### December 10, 2015

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion for Summary Judgment (Doc. 29) is **DENIED**.

2. Defendants' Motion to Dismiss, or in the alternative, for Summary Judgment (Doc. 27) is **GRANTED**.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

                                                     s/ John E. Jones III
                                                     John E. Jones III
                                                     United States District Judge