UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 16-1275
_____

REAL ALTERNATIVES, INC.; KEVIN I. BAGATTA, ESQ.; THOMAS A. LANG, ESQ.;
CLIFFORD W. MCKEOWN,

                              Appellants

v.

SECRETARY DEPARTMENT OF HEALTH AND HUMAN SERVICES; SECRETARY
UNITED STATES DEPARTMENT OF LABOR; SECRETARY UNITED STATES
DEPARTMENT OF THE TREASURY; UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF LABOR; UNITED
STATES DEPARTMENT OF TREASURY

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court No.: 1:15-cv-00105)
District Judge: Honorable John E. Jones, III
_____

Argued November 3, 2016

Before: JORDAN, GREENAWAY, JR., and RENDELL, Circuit Judges

## JUDGMENT

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on November 3, 2016.

On consideration whereof, it is now hereby

**ORDERED and ADJUDGED** by this Court that the judgment of the District Court entered December 10, 2015, be and the same is hereby **AFFIRMED**.

Costs taxed against the Appellants.

All in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: August 4, 2017

**Certified as a true copy and issued in lieu of a formal mandate on** May 7, 2018

**Teste:** *Patricia A Dodszwret*
**Clerk, U.S. Court of Appeals for the Third Circuit**